**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CONAN HIGGINS and<br>RYAN J. MORRIS,<br>Plaintiffs, | No.: 1:26-cv-01749-JKM |
| v. | JURY TRIAL DEMANDED |
| LIBERTY TOWNSHIP,<br>WALTER BARLOW, individually<br>and in his official capacity<br>ROBERT "BOBBY" KEILHOLTZ<br>Individually and in his official capacity<br>CHRISTOPHER HILL, individually and<br>in his official capacity<br><br>Defendants. | |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' COMPLAINT**

Defendants, Liberty Township, Walter Barlow, Robert "Bobby" Keilholtz, and Christopher Hill (collectively "Defendants"), by and through their counsel, Andrew M. Rongaus, Esquire of Siana Law, LLP, hereby file this Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

In support thereof, Defendants incorporate the arguments set forth in their supporting Memorandum of Law, which will be filed within fourteen (14) days after the filing of this Motion pursuant to Local Rule 7.05.

**WHEREFORE**, Defendants respectfully request that this Court grant their Motion to Dismiss Plaintiffs' Complaint and enter an Order consistent with the attached proposed order.

Respectfully submitted,

**SIANA LAW, LLP**

By: ______________________________

Andrew M. Rongaus, Esquire, I.D. #87423
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
amrongaus@sianalaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CONAN HIGGINS and<br>RYAN J. MORRIS,<br>Plaintiffs,<br><br>v.<br><br>LIBERTY TOWNSHIP, et al.<br><br>Defendants. | No.: 1:26-cv-01749-JKM<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this date a true and correct copy of *Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* was served via ECF as follows:

Edward A. Paskey, Esquire
France Paskey Swope Pugh
2675 Eastern Boulevard
York, PA 17402

**SIANA LAW**

Date: July 2, 2026 By: ______________________

Andrew M. Rongaus, Esquire, I.D. #87423
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
amrongaus@sianalaw.com