**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CONAN HIGGINS and<br>RYAN J. MORRIS,<br>Plaintiffs,<br><br>v.<br><br>LIBERTY TOWNSHIP,<br>WALTER BARLOW, individually<br>and in his official capacity<br>ROBERT "BOBBY" KEILHOLTZ<br>Individually and in his official capacity<br>CHRISTOPHER HILL, individually and<br>in his official capacity<br><br>Defendants. | No.: 1:26-cv-01749-JKM<br><br>JURY TRIAL DEMANDED |

**ORDER**

**AND NOW**, on this ____ day of ____________, 2026, upon review of Defendants' Motion to Dismiss, and any response thereto it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and all claims against Defendants are hereby **DISMISSED**, with prejudice.

**BY THE COURT:**

______________________________

JULIA K. MUNLEY, J.