**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

CONAN HIGGINS and
RYAN J. MORRIS,
Plaintiffs,

v.

LIBERTY TOWNSHIP,
WALTER BARLOW, individually
and in his official capacity
ROBERT "BOBBY" KEILHOLTZ
Individually and in his official capacity
CHRISTOPHER HILL, individually and
in his official capacity

Defendants.

No.: 1:26-cv-01749-JKM

JURY TRIAL DEMANDED

**<u>CERTIFICATE OF NON-CONCURRENCE</u>**

Pursuant to Local Rule 7.01, Andrew M. Rongaus, Esquire, hereby certifies that he sought concurrence in the foregoing Motion. Plaintiffs do not concur at this time.

**SIANA LAW**

Date: July 2, 2026 By: ______________________________

Andrew M. Rongaus, Esquire, I.D. #87423
Attorney for Defendants
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
amrongaus@sianalaw.com